BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GURBAX KAUR**<br>xxx-xx-5308<br><br>**Plaintiff,**<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>**Defendant.** | Case No.   11-2486 GGH<br><br>**STIPULATION AND**<br>**ORDER EXTENDING PLAINTIFF'S**<br>**TIME TO FILE SUMMARY**<br>**JUDGEMENT MOTION** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment is hereby extended from March 12, 2012, to March 29, 2012. Plaintiff's counsel has two briefs due March 12, 2012, and is extending the due date for Ms. Kaur's brief since it is the more recent of the two cases scheduled for March 12, 2012. This is Plaintiff's first requested extension on this case.

/ / / /

/ / / /

/ / / /

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: March 8, 2012 | /s/Bess M. Brewer |
| 4 | | BESS M. BREWER<br>Attorney at Law |
| 5 | | Attorney for Plaintiff |

Dated: March 8, 2012             Benjamin B. Wagner

United States Attorney

Donna L. Calvert
Acting Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Patrick William Snyder*
Patrick William Snyder

Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: March 12, 2012

 /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE